IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Enaebi Teibowei,<br><br>    Plaintiff,<br><br> vs.<br><br>Trans Union, LLC; Equifax Information Services, LLC; and Experian Information Solutions, Inc.,<br><br>    Defendant. | 8:22-CV-128-BCB-MDN<br><br>**STIPULATION FOR DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC (ONLY)** |

 Plaintiff Enaebi Teibowei ("Plaintiff"), by counsel, and by Defendant Equifax Information Services LLC ("Defendant Equifax") by counsel, hereby stipulate and agree that all matters herein between Plaintiff and Defendant Equifax have been compromised and settled, and that Plaintiff's cause against Defendant Equifax (only) should be dismissed, with prejudice, with each party (Plaintiff and Defendant Equifax) to bear its own costs and attorneys' fees.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT EQUIFAX |
|---|---|
| By: *s/Thomas J Lyons Jr.*<br>Thomas J. Lyons, Jr., Esq.<br>Attorney I.D. #: 0249646<br>CONSUMER JUSTICE CENTER, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>Telephone: (651) 770-9707<br>Facsimile: (651) 704-0907<br>tommy@consumerjusticecenter.com<br><br>Dated: December 22, 2022 | By: *s/ Adam T. Hill*<br>Adam T. Hill, Esq.<br>ahill@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, Illinois 60606-6448<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br><br>Dated: December 22, 2022 |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

      s/<u>Thomas J Lyons Jr</u>