IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Enaebi Teibowei,<br><br>                Plaintiff,<br><br>   vs.<br><br>Trans Union, LLC; Equifax Information Services, LLC; and Experian Information Solutions, Inc.,<br><br>                Defendant. | 8:22-CV-128-BCB-MDN<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION LLC** |

**PLEASE TAKE NOTICE** that Plaintiff Enaebi Teibowei and Defendant Trans Union LLC have reached a settlement in principle as to all claims between them in this matter. The parties are in the process of documenting the resolution and expect to file dismissal documents within 60 days.

Dated this 3rd day of February 2023.

By: *s/Thomas J. Lyons Jr.*
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
tommy@consumerjusticecenter.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

    I hereby certify that on February 3, 2023, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

                                                      s/<u>Thomas J Lyons Jr</u>