IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ENAEBI TEIBOWEI,<br><br>                 Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                 Defendants. | 8:22CV128<br><br><br>ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY |

      This case is before the Court on the January 25, 2023, Stipulation for Dismissal as to Defendant Equifax Information Services LLC (Only). Filing 30. The two parties in question stipulate to the dismissal of defendant Equifax Information Services LLC on settlement, with prejudice, and with each party to pay its own costs and attorneys' fees. The Stipulation is signed only by plaintiff Teibowei and the defendant in question, so the Court was required to wait the time for any opposition by any other party. *See* Fed. R. Civ. P. 41(a)(1)(A)(2) and (b). No other party has filed any opposition. Accordingly,

      IT IS ORDERED that the January 25, 2023, Stipulation for Dismissal as to Defendant Equifax Information Services LLC (Only), Filing 30, is granted, and this action is dismissed as to defendant Equifax Information Services LLC only, with prejudice, and with each party to pay its own costs and attorneys' fees.

      Dated this 1st day of March, 2023.

                                                        BY THE COURT:

                                                        _____
                                                        Brian C. Buescher
                                                       United States District Judge