# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ENAEBI TEIBOWEI,** | |
| Plaintiff, | 8:22CV128 |
| vs. | |
| **TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,** | **AMENDED CASE PROGRESSION ORDER** |
| Defendants. | |

This matter comes before the Court on the Stipulation to Extend Discovery Deadline and Non-Dispositive Motion Deadline (Filing No. 34). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend Discovery Deadline and Non-Dispositive Motion Deadline (Filing No. 34) is granted, and the case progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **April 10, 2023**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **April 24, 2023**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, remains **May 11, 2023**.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **May 11, 2023**.

4) The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings remains scheduled with the undersigned magistrate judge on **May 12, 2023**, at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

5) The deadline for filing motions to dismiss and motions for summary judgment remains **June 10, 2023**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 17th day of March, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge