UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ENAEBI TEIBOWEI,<br>            Plaintiff,<br><br>       vs.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>            Defendants. | CASE NO. 8:22-cv-00128-BCB-MDN<br><br>Chief Judge Brian C. Buescher<br>Magistrate Judge Michael D. Nelson |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Enaebi Teibowei ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  April 5, 2023

/s/ Thomas J. Lyons (with consent)
Thomas J. Lyons, Jr., Esq.
Consumer Justice Center, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  651-770-9707
Fax:  651-704-0907
E-Mail:  tommy@consumerjusticecenter.com

        James King, Esq.
        Patino King, L.L.C.
        12020 Shamrock Plaza, #200
        Omaha, NE 68154
        Telephone:  402-401-4410
        E-Mail:  sam@patinoking.com

*Counsel for Plaintiff Enaebi Teibowei*

Date: April 5, 2023        */s/ Camile R. Nicodemus*
        Camille R. Nicodemus, Esq.
        (admitted P*ro Hac Vice)*
        Schuckit & Associates, P.C.
        4545 Northwestern Drive
        Zionsville, IN  46077
        Telephone:  (317) 363-2400, Ext. 105
        Fax:  (317) 363-2257
        E-Mail:  cnicodemus@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

        Randall L. Goyette, Esq.
        Bar No. 16251
        Baylor Evnen, LLP
        1248 O Street, Suite 600
        Lincoln, NE  68508
        Telephone:  402-475-1075
        Fax:  402-475-9515
        E-Mail:  rgoyette@baylorevnen.com

*Local Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th day of April, 2023**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| James P. King, Esq. sam@patinoking.com | Thomas J. Lyons, Esq. tommy@consumerjusticecenter.com |
| Adam T. Hill, Esq. ahill@seyfarth.com | Angela M. Taylor, Esq. angelataylor@jonesday.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or via e-mail, on the **5th day of April, 2023** properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.
 (admitted P*ro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 105
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*