# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ENAEBI TEIBOWEI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No. 8:22-cv-00128-BCB-MDN |

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

PLEASE TAKE NOTICE that Plaintiff Enaebi Teibowei and Defendant Experian Information Solutions, Inc., have reached a settlement in principle as to all claims between them in this matter. The parties are in the process of documenting the resolution and expect to file dismissal documents within 60 days.

NAI-1536546639v1

Dated: April 12, 2023

Respectfully submitted,

*/s/ Angela M. Taylor*

Angela M. Taylor  (CA 210425)
(admitted Pro Hac Vice)
JONES DAY
3161 Michelson Drive, Ste. 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Email: angelataylor@jonesday.com

Brian J. Fahey
Michael F. Coyle
Robert W. Futhey
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
Telephone: (402) 978-5249
Fax: (402) 341-8290
Email: bfahey@fraserstryker.com
Email: mcoyle@fraserstryker.com
Email: rfuthey@fraserstryker.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

*s/ Angela M. Taylor*
Angela M. Taylor