# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ENAEBI TEIBOWEI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No. 8:22-cv-00128-BCB-MDN<br><br>**STIPULATION FOR DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. (ONLY)** |

COMES NOW Plaintiff Enabei Teibowei ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), and jointly stipulate that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction to enforce the terms of the settlement. Each side shall bear his or its own attorneys' fees and costs incurred herein.

NAI-1536815432v1

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
|---|---|
| */s/ Thomas J. Lyons, Jr.* | */s/ Angela M. Taylor* |
| Thomas J. Lyons, Jr., Esq.<br>Attorney I.D. # 0249646<br>CONSUMER JUSTICE CENTER, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN  55127<br>Telephone:  (651) 770-9707<br>Facsimile:  (651) 704-0907<br>Email:  tommy@consumerjusticecenter.com<br><br>Dated:  May 11, 2023 | Angela M. Taylor, Esq.  (CA 210425)<br>*(admitted Pro Hac Vice)*<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA  92612<br>Telephone:  (949) 851-3939<br>Facsimile:  (949) 553-7539<br>Email:  angelataylor@jonesday.com<br><br>Brian J. Fahey<br>Michael F. Coyle<br>Robert W. Futhey<br>FRASER, STRYKER LAW FIRM<br>409 South 17th Street<br>Suite 500, Energy Plaza<br>Omaha, NE  68102<br>Telephone:  (402) 978-5249<br>Facsimile:  (402) 341-8290<br>Email:  bfahey@fraserstryker.com<br>Email:  mcoyle@fraserstryker.com<br>Email:  rfuthey@fraserstryker.com<br><br>Dated:  May 11, 2023 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

*s/ Angela M. Taylor*
Angela M. Taylor
