IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ENAEBI TEIBOWEI,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　　Defendants. | 8:22-CV-128<br><br>**ORDER ON STIUPLATION OF DISMISSAL** |

This matter is before the Court on plaintiff Enaebi Teibowei's and defendant Trans Union, LLC's Stipulation of Dismissal with Prejudice. Filing 37. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 12th day of May, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge