IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ENAEBI TEIBOWEI,<br><br>                Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendants. | 8:22-CV-128<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

This matter is before the Court on plaintiff Enaebi Teibowei's and defendant Experian Information Solutions, Inc.'s Stipulation for Dismissal. Filing 40. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 12th day of May, 2023.

                                                           BY THE COURT:

                                                           Brian C. Buescher
                                                           United States District Judge